IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CRYSTAL PERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-403-A |
| | § | |
| HALSTED FINANCIAL SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

Came on for consideration the request of plaintiff, Crystal Perry, for entry of default against defendant, Halsted Financial Services, Inc. The court finds that the request should be denied, as the record does not contain adequate proof of service of the complaint on defendant. The requirements of the undersigned relative to proof of service are available at http://www.txnd.uscourts.gov/judges/jmcbryde_req.html.

The court SO ORDERS.

SIGNED July 7, 2015.

_____
JOHN MCBRYDE
United States District Judge